IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SHELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09cv-662-WHA |
| | ) | |
| ANTHONY J. WHITE and BH | ) | (WO) |
| TRANSFER CO., INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the arguments raised in the Defendants' Motion to Reconsider (Doc. #69), filed on May 5, 2010, it is hereby

ORDERED that the Motion is DENIED.

Done this 6th day of May, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE