IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER SHELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09cv-00662-WHA-SRW |
| | ) | |
| ANTHONY J. WHITE and BH TRANSFER CO., INC., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER

The court having been advised by counsel that this case has been settled, it is hereby

ORDERED as follows:

1. The trial scheduled for May 17, 2010 is cancelled.

2. The parties are directed to file their Stipulation for Dismissal by May 24, 2010.

Done this 14th day of May, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE